EDWARD MADDEN, Respondent, *v.* CHARLES B. BENEDICT, Appellant.

(Submitted March 24, 1887; decided April 19, 1887)

*P. A. Matteson* for appellant.

*L. W. & L. L. Thayer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.